IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>2138 Rayburn House Office Building<br>Washington, D.C. 20515,<br><br>       *Plaintiff*,<br><br>    v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States,<br><br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530,<br><br>       *Defendant*. | Case No. 1:24-cv-1911 |

# Exhibit O

**From:** Gao, Greta G. (OLA) <██████@usdoj.gov>
**Sent:** Friday, March 8, 2024 3:29 PM
**To:** Bidelman, Kiley <██████@mail.house.gov>
**Cc:** Castor, Stephen <██████@mail.house.gov>
**Subject:** Re: [EXTERNAL] RE: In camera production

Thanks Kiley.  Where is the SCIF located?  Should I come to the front office?

Sent from my iPhone

> On Mar 8, 2024, at 2:14 PM, Bidelman, Kiley <██████@mail.house.gov> wrote:
>
> Yes, your clearance was received. Thanks!
>
> **From:** Gao, Greta G. (OLA) <██████@usdoj.gov>
> **Sent:** Friday, March 8, 2024 2:14 PM
> **To:** Castor, Stephen <██████@mail.house.gov>
> **Cc:** Bidelman, Kiley <██████@mail.house.gov>
> **Subject:** RE: In camera production
>
> Great.  Kiley, I understand that our security manager has forwarded you my clearance info.
>
> Greta
>
> **From:** Castor, Stephen <██████@mail.house.gov>
> **Sent:** Friday, March 8, 2024 1:10 PM
> **To:** Gao, Greta G. (OLA) <██████@usdoj.gov>
> **Cc:** Bidelman, Kiley <██████@mail.house.gov>
> **Subject:** [EXTERNAL] Re: In camera production
>
> Thank you. 3:30 works. Kiley can take your clearance.
>
>> On Mar 8, 2024, at 12:24 PM, Gao, Greta G. (OLA) <██████@usdoj.gov> wrote:

Hi Steve, Sara let me know that you would like to review the in camera production today.  I am tied up until 3 this afternoon, but can bring the documents to the HJC SCIF around 3:30 today for review.  Let me know if any time between 3:30 to 5 works.  Thanks!

**Greta G. Gao**
Office of Legislative Affairs
U.S. Department of Justice
Office:  (202) ███-████
Mobile:  (202) ███-████