IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,

       *Plaintiff*,

v.

MERRICK GARLAND, in his official capacity as Attorney General of the United States,

       *Defendant*.

Case No. 1:24-cv-1911

NOTICE OF APPEARANCE

I, Andy T. Wang, enter my appearance as counsel in this case for the Committee on the Judiciary of the United States House of Representatives.

Respectfully submitted,

*/s/ Andy T. Wang*
Andy T. Wang (D.C. Bar No. 1034325)
  *Assistant General Counsel*
OFFICE OF GENERAL COUNSEL*
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
Email: Andy.Wang@mail.house.gov

July 2, 2024

*Counsel for Plaintiff Committee on the Judiciary of the U.S. House of Representatives*

---

   \* Attorneys in the U.S. House of Representatives Office of General Counsel are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).