Civil Action No.  1:24-cv-1911

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Matthew Graves, U.S. Attorney for the District of Columbia

was received by me on *(date)*  July 2, 2024                .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  On July 2, 2024, I served the summons, complaint, and exhibits to the complaint on the
U.S. Attorney's Office for the District of Columbia via email, consistent with the
instructions set out on that Office's website. On July 6, 2024, I received an email from
that Office that accepted service and confirmed the service date of July 2, 2024.

My fees are $ ____0.00____ for travel and $ ____0.00____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date:  ___7/8/2024___

/s/ Bradley Craigmyle
_____
*Server's signature*

Bradley Craigmyle, Associate General Counsel
_____
*Printed name and title*

Office of General Counsel, U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
_____
*Server's address*

Additional information regarding attempted service, etc: