IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY,<br>UNITED STATES HOUSE OF<br>REPRESENTATIVES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERRICK GARLAND, in his<br>official capacity as<br>Attorney General of the United States,<br><br>　　　　　Defendant. | No. 24-cv-1911 (ABJ) |

**JOINT MOTION TO ENTER BRIEFING SCHEDULE AND VACATE DEADLINES IN THE COURT'S JULY 12 MINUTE ORDERS**

The parties to this matter, the Committee on the Judiciary, United States House of Representatives ("Plaintiff"), and Merrick Garland, in his official capacity as Attorney General of the United States ("Defendant"), through counsel, have conferred with respect to this matter and, subject to the Court's approval, have agreed to the following briefing schedule and procedures:

　　1.　　Plaintiff filed this suit to enforce a subpoena issued to Defendant.  On July 12, 2024, Plaintiff filed a Motion for Preliminary Injunction or, in the Alternative, for Expedited Summary Judgment.  [ecf #11].  The same day, the Court ordered the parties to meet and confer about scheduling.  *See* First July 12, 2024 Minute Order.  The Court also ordered the parties to file a joint report by noon on July 17, 2024, and set a scheduling conference for July 17, 2024, at 3:00 p.m.  *See id.*; Second July 12, 2024 Minute Order.  Finally, the Court ordered Defendant to

1

respond "to the portion of the motion for preliminary injunction asserting that plaintiff will suffer irreparable harm absent interim injunctive relief" by July 16.  First July 12, 2024 Minute Order.

    2.      In light of the parties' agreement, Plaintiff is no longer seeking a preliminary injunction, and the parties agree that Plaintiff's Motion for Preliminary Injunction or, in the Alternative, for Expedited Summary Judgment [ecf #11], should be treated as a Motion for Expedited Summary Judgment.

    3.      With respect to the briefing schedule that will govern the Plaintiff's summary judgment motion, the parties have agreed to the following staggered briefing schedule:

        (a)  Defendant's Opposition and Cross-Motion will be due no later than August 6, 2024;

        (b)  Plaintiff's Reply and Opposition will be due no later than August 16, 2024;

        (c)  Defendant's Reply will be due no later than August 29, 2024.

    4.      Subject to the Court's approval, the parties agree to waive the filing of an answer and the Local Rule 7(h)(1) statement of material facts as to which the moving party contends there is no genuine issue.

    5.      Both parties are available the week of September 9, 2024, for any oral argument that the Court may choose to conduct.

    6.      Because Plaintiff is no longer seeking a preliminary injunction, Defendant requests that the July 16, 2024, deadline to respond to Plaintiff's showing of irreparable harm be vacated.

    7.      Because the parties have agreed to a mutually acceptable schedule for briefing summary judgment on the merits, the parties request that the Court's orders requiring the parties to file a joint report by noon on July 17, 2024, and scheduling a conference set for July 17, 2024, be vacated.

A proposed order accompanies this motion.

| | |
|---|---|
| DATED: July 15, 2024 | Respectfully submitted, |
| | |
| /s/ Matthew B. Berry | BRIAN M. BOYNTON |
| Matthew B. Berry (D.C. Bar No. 1002470) | *Principal Deputy Assistant Attorney General* |
|   *General Counsel* | |
| Todd B. Tatelman (VA Bar No. 66008) | BRIAN D. NETTER |
|   *Deputy General Counsel* | *Deputy Assistant Attorney General* |
| Brooks M. Hanner (D.C. Bar No. 1005346) | |
|   *Associate General Counsel* | /s/ Elizabeth J. Shapiro |
| Sarah E. Clouse (MA Bar No. 688187) | ELIZABETH J. SHAPIRO (D.C. Bar No. 418925) |
|   *Associate General Counsel* | *Deputy Director, Federal Programs Branch* |
| Bradley Craigmyle (IL Bar No. 6326760) | |
|   *Associate General Counsel* | JULIA A. HEIMAN (D.C. Bar No. 986228) |
| Andy T. Wang (D.C. Bar No. 1034325) | INDRANEEL SUR (D.C. Bar. No. 978017) |
|   *Assistant General Counsel* | *Senior Counsels* |
| Rachel A. Jankowski (D.C. Bar No. 1686346) | ALEXANDER W. RESAR (N.Y. Bar 5636337) |
|   *Assistant General Counsel* | *Trial Attorney* |
| | |
| OFFICE OF GENERAL COUNSEL | United States Department of Justice |
| U.S. HOUSE OF REPRESENTATIVES | Civil Division, Federal Programs Branch |
| 5140 O'Neill House Office Building | P.O. Box 883 |
| Washington, D.C. 20515 | Washington, D.C. 20530 |
| (202) 225-9700 | Telephone: (202) 514-5302 |
| Matthew.Berry@mail.house.gov | Elizabeth.Shapiro@usdoj.gov |
| | |
| *Counsel for Plaintiff Committee on the Judiciary of the U.S. House of Representatives* | *Counsel for Defendant* |