**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> Plaintiff, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, <br><br> Defendant. | No. 24-cv-1911 (ABJ) |

## <u>ENTRY OF APPEARANCE</u>

Please take notice that the undersigned attorney, Alexander W. Resar of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel on behalf of Defendant in the above-captioned case.  The undersigned counsel hereby certifies pursuant to Local Rule 82.3(j) that he is personally familiar with the Local Rules of this Court.

 DATED: July 15, 2024

Respectfully submitted,

<u>/s/ Alexander W. Resar</u>
Alexander W. Resar (N.Y. Bar 5636337)
*Trial Attorney*
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Tel.: (202) 616-8188
e-mail: alexander.w.resar@usdoj.gov

*Counsel for Defendant*