IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States,<br><br>*Defendant*. | Case No. 1:24-cv-1911-ABJ |

**DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant Merrick Garland, in his official capacity as Attorney General of the United States, hereby cross-moves for summary judgment as to Plaintiffs' Complaint against him pursuant to Rule 56 of the Federal Rules of Civil Procedure.

The relevant facts, authority, and arguments supporting Defendant's motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Expedited Summary Judgment.

For the reasons stated therein, Defendant's motion should be granted; Plaintiff's motion for expedited summary judgment should be denied; and judgment should be awarded to Defendant as a matter of law.

Dated: August 6, 2024    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

*/s/ Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Director, Federal Programs Branch

JULIA A. HEIMAN (D.C. Bar No. 986228)
INDRANEEL SUR (D.C. Bar No. 978017)
Senior Counsels
ALEXANDER W. RESAR (N.Y. Bar 5636337)
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20530
Telephone: (202) 514-5302
Elizabeth.Shapiro@usdoj.gov

*Counsel for Defendant*