IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br>  Plaintiff, <br><br>  v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, <br><br>  Defendant. | No. 24-cv-1911 (ABJ) |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for Defendant in the above-captioned matter.

Dated: October 25, 2024            Respectfully Submitted,

/s/ Brian D. Netter
BRIAN D. NETTER (D.C. Bar No. 979362)
Deputy Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Tel: (202) 514-2000
Email: brian.netter@usdoj.gov

*Counsel for Defendant*