IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>JAMES R. MCHENRY III, in his official capacity as Acting Attorney General of the United States,[1]<br><br>*Defendant*. | Case No. 1:24-cv-1911 (ABJ) |

## NOTICE

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, and in accordance with Rule II.8(c) of the Rules of the House of Representatives, Plaintiff respectfully gives notice that the Committee on the Judiciary of the U.S. House of Representatives for the 119th Congress is the successor in interest to the Committee on the Judiciary of the U.S. House of Representatives for the 118th Congress.  *See* Rule II.8(c), Rules of the House of Representatives, 119th Cong. (2025), https://perma.cc/6WM7-5HHV; H. Res. 5, 119th Cong. (2025) (adopting the rules package for the 119th Congress); *see also* 171 Cong. Rec. H12-H14 (daily ed. Jan. 3, 2025) (section-by-section analysis for House Resolution 5).  The 118th Congress ended at noon on January 3, 2025, and the 119th Congress commenced thereafter.  *See* U.S. Const. amend. XX, §§ 1, 2; 170 Cong. Rec. H7438 (daily ed. Jan. 3, 2025); 171 Cong. Rec. at H1.

---

[1] Under Rule 25(d) of the Federal Rules of Civil Procedure, Acting Attorney General James R. McHenry III is automatically substituted for former Attorney General Merrick Garland.

House Resolution 5, which was passed by the full House of Representatives, "authorizes the chair of the Committee on the Judiciary (when elected), on behalf of the Committee on the Judiciary," to issue a subpoena to "Attorney General Merrick Garland related to the Special Counsel's audio recordings of interviews with President Joseph R. Biden and his ghostwriter Mark Zwonitzer" and "to take all necessary steps as may be appropriate to continue the civil actions authorized by the House during the One Hundred Eighteenth Congress concerning the enforcement of the subpoenas issued to such individuals." H. Res. 5, 119th Cong. § 3(v)(1)(A), (2). As a result, Plaintiff respectfully gives notice that, in accordance with House Resolution 5, the Honorable Jim Jordan, having been elected Chairman of the Committee on the Judiciary of the U.S. House of Representatives for the 119th Congress, H. Res. 13, 119th Cong. (2025); 171 Cong. Rec. H48 (daily ed. Jan. 6, 2025), issued a new subpoena to Defendant Merrick Garland, the Attorney General at the time, on January 6, 2025.

A copy of the new subpoena—which is substantively identical to the February 27, 2024 subpoena attached as Exhibit A to the Complaint (July 1, 2024) (ECF No. 1), and which has been served on the Department of Justice—is attached at Exhibit A. The return date on the new subpoena was January 10, 2025, at 9:00 AM. No responsive materials were produced by Defendant to the Committee by that time (or thereafter). The Department's response to the subpoena is attached at Exhibit B.

In light of these developments, Plaintiff requests that the parties be required to file a joint status report with the Court no later than March 31, 2025. This will allow Plaintiff the opportunity to discuss the subject matter of this litigation with the new Administration to see if a mutually acceptable resolution can be reached. Plaintiff's counsel consulted with Defendant's counsel, who do not oppose the request to file a joint status report. The Committee, however,

welcomes the Court's guidance if it believes another course of action would be more appropriate in this situation.

                                           Respectfully submitted,

*/s/ Matthew B. Berry*
Matthew B. Berry (D.C. Bar No. 1002470)
  *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
  *Deputy General Counsel*
Bradley Craigmyle (IL Bar No. 6326760)
  *Associate General Counsel*
Andy T. Wang (D.C. Bar No. 1034325)
  *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Matthew.Berry@mail.house.gov

*Counsel for Plaintiff Committee on the Judiciary of the U.S. House of Representatives*

January 24, 2025