IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>        *Plaintiff*,<br><br>v.<br><br>PAM BONDI, in her official capacity as Attorney General of the United States,[1]<br><br>        *Defendant*. | Case No. 1:24-cv-1911 (ABJ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Consistent with Local Civil Rule 83.6(b), I withdraw my appearance as counsel for the Committee on the Judiciary of the U.S. House of Representatives. I am leaving my position in the Office of General Counsel. The Committee will continue to be represented by the other attorneys who have appeared in this case.

        Respectfully submitted,

        */s/ Bradley Craigmyle*
        Bradley Craigmyle (IL Bar No. 6326760)
          *Associate General Counsel*
        OFFICE OF GENERAL COUNSEL
        U.S. HOUSE OF REPRESENTATIVES
        5140 O'Neill House Office Building
        Washington, D.C. 20515
        Telephone: (202) 225-9700
        Email: Bradley.Craigmyle@mail.house.gov

February 6, 2025

---

[1] Under Rule 25(d) of the Federal Rules of Civil Procedure, Attorney General Pam Bondi is automatically substituted as the Defendant.