IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY,<br>UNITED STATES HOUSE OF<br>REPRESENTATIVES,<br><br>        Plaintiff,<br><br>        v.<br><br>PAMELA BONDI, in her<br>official capacity as<br>Attorney General of the United States,<br><br>        Defendant. | No. 24-cv-1911 (ABJ) |

**CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO SUBMIT JOINT STATUS REPORT**

The parties to this matter, the Committee on the Judiciary, United States House of Representatives ("Plaintiff") and Pamela Bondi, in her official capacity as Attorney General of the United States ("Defendant"), through counsel, jointly request an additional sixty days in which to submit a status report advising the Court of how they intend to proceed in this matter. This request is supported by good cause, as set forth below:

1. On January 24, 2025, Plaintiff notified the Court that the Chairman of the Committee on the Judiciary of the U.S. House of Representatives for the 119th Congress issued a new subpoena to then-Attorney General Merrick Garland, on January 6, 2025, substantively identical to the subpoena at issue in this case. *See* ECF No. 28, at 2.

2. On January 27, 2025, the Court stayed this case and instructed the parties to submit a joint status report by March 31, 2025. *See* Minute Orders, Jan. 27, 2025.

3.     The parties have conferred and expect to be able to resolve this matter without further litigation. They require, however, an additional sixty days in which to effectuate a resolution. Accordingly, the parties request that they submit a further joint status report sixty days from today, on May 30, 2025.

A proposed order accompanies this motion.

DATED: March 31, 2025                                          Respectfully submitted,

/s/ Matthew B. Berry                                                 YAAKOV M. ROTH
Matthew B. Berry (D.C. Bar No. 1002470)          *Acting Assistant Attorney General*
   *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
   *Deputy General Counsel*                                 /s/ Elizabeth J. Shapiro
Andy T. Wang (D.C. Bar No. 1034325)               ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
   *Assistant General Counsel*                        *Deputy Director, Federal Programs Branch*

OFFICE OF GENERAL COUNSEL                         JULIA A. HEIMAN (D.C. Bar No. 986228)
U.S. HOUSE OF REPRESENTATIVES                   INDRANEEL SUR (D.C. Bar. No. 978017)
5140 O'Neill House Office Building                       *Senior Counsels*
Washington, D.C. 20515                                          ALEXANDER W. RESAR (N.Y. Bar 5636337)
(202) 225-9700                                                          *Trial Attorney*
Matthew.Berry@mail.house.gov

*Counsel for Plaintiff Committee on the Judiciary*        United States Department of Justice
*of the U.S. House of Representatives*                          Civil Division, Federal Programs Branch
                                                                                      P.O. Box 883
                                                                                      Washington, D.C. 20530
                                                                                      Telephone: (202) 514-5302
                                                                                      Elizabeth.Shapiro@usdoj.gov

*Counsel for Defendant*