**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>        Plaintiff,<br><br>    v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States,<br><br>        Defendant. | No. 24-cv-1911 (ABJ) |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to

the dismissal of this action with prejudice, with each side to bear its own fees and costs.

Dated: May 21, 2025                         Respectfully submitted,

/s/ *Matthew B. Berry*                       YAAKOV M. ROTH
Matthew B. Berry (D.C. Bar No. 1002470)      *Acting Assistant Attorney General*
   *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)          /s/ *Elizabeth J. Shapiro*
   *Deputy General Counsel*                  ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
                                             JULIA A. HEIMAN (D.C. Bar No. 986228)
OFFICE OF GENERAL COUNSEL                    INDRANEEL SUR (D.C. Bar. No. 978017)
U.S. HOUSE OF REPRESENTATIVES                ALEXANDER W. RESAR (N.Y. Bar 5636337)
5140 O'Neill House Office Building
Washington, D.C. 20515                       U.S. DEPARTMENT OF JUSTICE
(202) 225-9700                               Civil Division, Federal Programs Branch
Matthew.Berry@mail.house.gov                 Telephone: (202) 514-5302
                                             Elizabeth.Shapiro@usdoj.gov
*Counsel for Plaintiff Committee on the Judiciary*
*of the U.S. House of Representatives.*       *Counsel for Defendant.*